UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Brunston,<br><br>　　　Plaintiff<br><br>v.<br><br>Gaughan South, LLC, et al.,<br><br>　　　Defendants | Case No.: 2:21-cv-01947-JAD-NJK<br><br>**Order re: Demand for Security of Costs**<br><br>[ECF Nos. 13, 14] |

Defendants Chris Bianca and Gaughan South, LLC, filed demands under Nevada Revised Statute (NRS) 18.130 for the plaintiff to post security for the costs and charges that may be awarded against him.[1]  The statute automatically stays the case until the plaintiff posts the $500 bond for each demanding defendant.  If the plaintiff fails to post the bond within 30 days of the demand, the court will entertain a motion to dismiss.

Accordingly, and with good cause appearing,

IT IS ORDERED that the demands for security of costs (which this court dockets as a motion because a court order is required before the Clerk's office may accept the cash deposit) **[ECF Nos. 13, 14] are GRANTED.**  Plaintiff has until March 17, 2022, to present to the Clerk of Court $1,000 ($500.00 per demanding defendant) in lawful money as security under NRS 18.130(1), and this action is STAYED until that security has been posted.

IT IS FURTHER ORDERED that the CLERK OF COURT is directed to accept the cash deposit from the plaintiff under NRS 18.130 as security for costs and charges that may be awarded against this plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: March 11, 2022

---

[1] ECF Nos. 13, 14.