# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BRUNSTON,<br><br>    Plaintiff,<br><br>v.<br><br>GAUGHAN SOUTH, LLC, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01947-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 3, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: April 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1