ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Kevin Brunston*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BRUNSTON,<br><br>Plaintiff,<br><br>vs.<br><br>GAUGHAN SOUTH LLC, a domestic corporation dba SOUTH POINT CASINO; CHRIS BIANCA, Pit Boss Manager for the SOUTH POINT company; DOE BUSINESS ENTITIES 2 through 10; DOE INDIVIDUALS 2 through 50, inclusive, in their individual and official capacities,<br><br>Defendants. | Case No.: 2:21-cv-01947-JAD-NJK<br><br>**PLAINTIFF'S MOTION<br>TO EXTEND TIME TO FILE<br>THE JOINT PRETRIAL ORDER** |

COMES NOW Plaintiff, KEVIN BRUNSTON, by and through his counsel, Robert S. Melcic, and files this *Motion to Extend Time to File the Pretrial Order*. This *Reply* is brought with the following Memorandum of Points and Authorities, the papers and pleadings on file in this case, and any further briefing or oral argument this Court may wish to entertain.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.  INTRODUCTION

Plaintiff is seeking a fourteen-day (14) day extension of time within which to file the Joint Pretrial Order.

### II.  RELEVANT PROCEDURAL HISTORY

Plaintiff and Defendant were scheduled to file the Joint Pretrial Order on November 30,

2022.

## III. SUBSEQUENT HISTORY

Plaintiff's counsel and Defendant's counsel have not yet had the pretrial conference as required under FRCP 16(c)(1).

## IV. LEGAL ANALYSIS

Federal Rule of Civil Procedure 6(b)(1)(A) provides in pertinent part:

> (b) EXTENDING TIME.
>> (1) *In General*. When an act may or must be done within a specified time the court may, for good cause, extend the time:
>>> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

Fed. R. Civ. P. 6(b)(1)(A). Plaintiff contacted Defense counsel seeking a timeline of when he could have this meeting. Defense counsel was under the impression that this meeting had already occurred. However, it has not and there have been no agreements yet made as to the contents of the Joint Pretrial Order. In order to give the parties sufficient time to meet and confer, Plaintiff is seeking a two-week extension of time to file the Order.

While Plaintiff intends for this to be finished with all haste, Plaintiff cannot be sure of Defendant's current availability at the time of filing this motion. Therefore, Plaintiff seeks an extension of time to **December 14, 2022** to file the Joint Pretrial Order.

//
//
//
//
//
//
//
//
//

# V.  CONCLUSION

Based on the foregoing, Plaintiff respectfully requests the Court to grant an extension of time to file the Joint Pretrial Order.

Dated this 30th day of November, 2022.

Respectfully submitted,

/s/ Robert S. Melcic
ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Kevin Brunston*

This stipulation is GRANTED, but no further extensions will be allowed.
IT IS SO ORDERED.
Dated:  December 2, 2022
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge