# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BRUNSTON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>GAUGHAN SOUTH LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01947-JAD-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference is **ADVANCED** to 10:00 a.m. on April 12, 2023. The settlement conference statements must be submitted directly to the undersigned's box in the Clerk's Office not later than 3:00 p.m. on April 5, 2023.

IT IS SO ORDERED.

Dated: March 28, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1