KEVIN DIAMOND, ESQ.
Nevada Bar No. 4967
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
krd@thorndal.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| KEVIN BRUNSTON,<br><br>Plaintiff,<br><br>vs.<br><br>GAUGHAN SOUTH, LLC, a domestic corporation d/b/a SOUTH POINT CASINO; CHRIS BIANCA, Pit Boss Manager for the SOUTH POINT company; DOE BUSINESS ENTITIES 2 through 10; DOE INDIVIDUALS 2 through 50, inclusive, in their individual and official capacities,<br><br>Defendants. | CASE NO.  2:21-cv-01947-JAD-NJK<br>DEPT. NO.<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 60 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled cause of action may be dismissed with prejudice, each of the parties to pay their own costs and attorney's fees herein incurred.

. . .

. . .

. . .

. . .

. . .

. . .

[Stipulation and Order for Dismissal / Case No. 2:21-cv-01947-JAD-NJK]

IT IS FURTHER STIPULATED by and between the parties that the Calendar Call scheduled for May 30, 2023, at 1:30 P.M., and the Trial scheduled for June 6, 2023, at 9:00 A.M., be vacated.

DATED this 11th day of May, 2023.              DATED this 11th day of May, 2023.

THORNDAL ARMSTRONG, PC

By: /s/ Kevin Diamond, Esq.                    By: /s/ Robert S. Melcic, Esq.
    KEVIN R. DIAMOND, ESQ.                         ROBERT S. MELCIC, ESQ.
    Nevada Bar No. 4967                            Nevada Bar No. 14923
    1100 E. Bridger Avenue                         3315 E. Russell Rd.
    Las Vegas, Nevada 89101                        Las Vegas, Nevada 89120
    Attorney for Defendant                         Attorneys for Plaintiff

ORDER

Based on the parties' stipulation **[ECF No. 60]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 16, 2023

Submitted by:

THORNDAL ARMSTRONG, PC

By: /s/ Kevin Diamond, Esq.
    KEVIN R. DIAMOND, ESQ.
    Nevada Bar No. 4967
    1100 E. Bridger Avenue
    Las Vegas, Nevada 89101
    Attorneys for Defendants