**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Brunston, | Case No.: 2:21-cv-01947-JAD-NJK |
| Plaintiff | |
| v. | **Order to Disburse Bond** |
| Gaughan South, LLC, et al., | |
| Defendants | |

Attorney Robert S. Melcic, on behalf of plaintiff Kevin M. Brunston, tendered $1,000 to the Clerk of Court for deposit into the court's registry account as security for costs required under NRS 18.130 and my order at ECF No. 15.[1] Once a bond is posted under NRS 18.130(1), it "must remain for the defendant's benefit until the action is dismissed or judgment is entered."[2] This action was eventually dismissed without prejudice by stipulation of the parties, and no costs or charges were awarded against the plaintiff.[3]

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse and mail the full bond amount and any interest payable to:

Kevin M. Brunston
16539 Winona Street
Victorville, CA 92395

_____
U.S. District Judge Jennifer A. Dorsey
June 5, 2023

---

[1] ECF No. 15.

[2] *State ex rel. Hersh v. First Judicial Dist. Court*, 464 P.2d 783, 785 (Nev. 1970).

[3] ECF No. 61.